UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY BRAY,

                Plaintiff,

    v.

SAFEWAY ET AL.,

                Defendants.

Case No. C25-1126-TL

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

       Plaintiff's application to proceed *in forma pauperis* (IFP), Dkt. 1, is deficient. He indicates that he has not worked since 2016 and earned $666.00 during his last month of employment. *Id.* at 1. Plaintiff further indicates he has had no other form of income or benefits in the past year. *Id.* Plaintiff also states he has no property, assets, or funds on hand or in his checking and savings accounts. *Id.* at 2. However, he represents that he incurs $666.00 in monthly expenses for a bus pass, storage, and medication. *Id.* Plaintiff does not report any debt. *Id.* In sum, it is unclear what expenses Plaintiff has or how he is meeting them. In addition,

MINUTE ORDER - 1

1  Plaintiff crossed out the "Written Consent for Payment of Costs Under Local Rule CR3(c)"
2  section of his application instead of signing and dating it.  *Id.*
3      The Court cannot assess Plaintiff's application for IFP as written.  Plaintiff must submit a
4  revised, signed, and properly dated IFP application within **twenty (20) days** of the date of this
5  Order.  He must provide complete and detailed financial information, including details on his
6  monthly expenses, income, and any further helpful information on why he cannot pay his filing
7  fee.  Failure to comply with this Order may result in denial of IFP or dismissal of the case.
8      Dated this 20th day of June, 2025.

Ravi Subramanian  
Clerk of Court

By: s/ Stefanie Prather  
Deputy Clerk

MINUTE ORDER - 2